```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAYRA CARLO AS ADMINISTRATOR OF THE    :
ESTATE OF TOMAS CARLO CAMACHO,           :
                                         :
                        Plaintiff,       :    24cv1818(DLC)
              -v-                        :
                                         :         ORDER
THE CITY OF NEW YORK, CORRECTION         :
OFFICER MALCOM SQUIREWELL, CORRECTION    :
OFFICER GARY GABOTON, CORRECTION         :
OFFICER ANTHONY DANTZLER, CORRECTION     :
OFFICER REINALDO RODRIGUEZ, CAPTAIN      :
KEMAGNE THEAGENE, and ASSISTANT DEPUTY   :
WARDEN MICHAEL HAMILTON,                 :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

      IT IS HEREBY ORDERED that the initial pretrial conference scheduled for September 27, 2024 is adjourned to **October 2, 2024 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York,

Dated:    New York, New York
            September 25, 2024

                                        _____
                                           DENISE COTE
                              United States District Judge