# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

October 24, 2024

*Via ECF*

Hon. Denise L. Cote
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Carlo v. City of New York et al.*, No. 24-cv-1818 (DLC)

Dear Judge Cote:

      This firm represents Plaintiff Jamayra Carlo, the daughter of decedent Tomas Carlo Camacho and the administrator of his Estate, in the above-captioned matter. We write pursuant to the Court's October 24, 2024 Order to (1) describe the process by which Plaintiff served Defendant Malcolm Squirewell pursuant to CPLR 308(4); and (2) request that the Court order Defendant the City of New York ("the City") to provide Plaintiff with Defendant Squirewell's date of birth and social security number to facilitate an additional effort to locate Defendant Squirewell.

      Plaintiff completed substituted service on Defendant Squirewell on August 8, 2024 pursuant to CPLR 308(4) by affixing the summons and complaint to the door of Defendant Squirewell's dwelling place or usual place of abode and mailing the summons and complaint to Defendant Squirewell's last known residence. Plaintiff used substituted service after receiving two addresses for Defendant Squirewell for the City of New York; attempting in-person service at the first address (in Brooklyn, New York) and learning from the current tenant that Defendant Squirewell had moved; and then attempting in-person service at the second address (in Freeport, New York) on July 17, 2024 at approximately 8:09PM; on July 18, 2024 at approximately 9:05AM; on July 19, 2024 at approximately 7:20AM; on July 20, 2024 at approximately 8:03AM; on July 22, 2024 at approximately 9:18PM; and on July 23, 2024 at approximately

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

12:13PM. Plaintiff's process server then affixed the summons and complaint to the door of Freeport address and mailed the summons and complaint by first class mail to both the Freeport and Brooklyn addresses. *See* ECF No. 50 (affidavits of service reflecting substituted "nail and mail" service on Defendant Squirewell). Pursuant to CPLR 308(4), service was complete ten days after Plaintiff filed affidavits of service attesting to the above.

Defendant Squirewell was served in accordance with New York law and is currently in default, his time to answer or respond to the complaint having elapsed on September 20, 2024. Counsel for the City has informed us that the City has no other addresses for Defendant Squirewell, who is no longer employed by the City.

Plaintiff respectfully requests that the Court order the City to provide additional information about Defendant Squirewell to facilitate a final attempt to find Defendant Squirewell and personally serve him with the summons and complaint. Specifically, Plaintiff asks that the Court order the City to provide Plaintiff with Defendant Squirewell's date of birth and social security number pursuant to the protective order in this case (ECF No. 63). Plaintiff respectfully requests 30 days to make this final attempt at in person service and will provide the Court with an update on efforts to locate Defendant Squirewell at the end of that period, including whether Plaintiff intends to move for a default judgment at that time.

The City opposes Plaintiff's request and takes the position that the customary protocol of providing Defendant Squirewell's last known address has been complied with and fulfills any City duty to Plaintiff regarding former employees.

We thank the Court for its consideration.

Respectfully submitted,

/s/
Emily K. Wanger

c.    All counsel of record, *via ECF*

*[Handwritten note:]* The City shall provide the plaintiff with the defendant's date of birth. A status report on service is due 11/22/24.

*[Signed]* Denise Cote
10/25/24