```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JAMAYRA CARLO AS ADMINISTRATOR OF THE  :    24cv1818 (DLC)
ESTATE OF TOMAS CARLO CAMACHO,         :
                                       :
                         Plaintiff,    :    ORDER
                                       :
              -v-                      :
                                       :
THE CITY OF NEW YORK, et al.,          :
                                       :
                         Defendant.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on March 8, 2024. Defendant Reinaldo Rodriguez was served on July 19. On October 24, the individual defendants' time to respond to the complaint was extended nunc pro tunc to November 8. On October 28, the City of New York informed the Court that it will not represent defendant Rodriguez in this action. Accordingly, it is hereby

ORDERED that defendant Rodriguez shall respond to the Complaint by November 8, 2024.

IT IS FURTHER ORDERED that the City of New York shall promptly serve defendant Rodriguez with a copy of this Order and file proof of service on the docket.

Dated:   New York, New York
         October 29, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge