UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMARYRA CARLO,

                            Plaintiff,                      **24 Civ. No. 1818 (DLC)**

            -against-                               **RESCHEDULING ORDER**

CITY OF NEW YORK, *et al.,*

                            Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Because January 9, 2025 has been declared a federal holiday, the Pre-Settlement Conference scheduled for **Thursday, January 9, 2025** at **10:00 a.m.** is hereby adjourned to **Wednesday, January 22, 2025** at **12:00 p.m.** Counsel is directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 861 969 792#.**

      **SO ORDERED.**

DATED:    New York, New York
               January 7, 2025

                                                                     _____
                                                                     The Honorable Gary Stein
                                                                     United States Magistrate Judge