```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMAYRA CARLO AS ADMINISTRATOR OF THE    :   24cv1818 (DLC)
ESTATE OF TOMAS CARLO CAMACHO,           :
                                         :       ORDER
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
THE CITY OF NEW YORK et al.,             :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Malcolm Squirewell was served on August 8, 2024. He has not appeared in this action, and his time to respond to the Complaint has expired. A Clerk's Certificate of Default as to defendant Squirewell was filed on January 28, 2025. Accordingly, it is hereby

ORDERED that the plaintiff shall file any motion for default judgment as to defendant Squirewell by February 14, 2025. The motion must comply with this Court's Individual Practices. If such a motion is not timely filed, this action will be dismissed as to defendant Squirewell for failure to prosecute.

Dated:   New York, New York
         February 6, 2025

                                     _____
                                            DENISE COTE
                                     United States District Judge