```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAYRA CARLO AS ADMINISTRATOR OF THE   :
ESTATE OF TOMAS CARLO CAMACHO,          :
                                        :      24cv1818 (DLC)
                  Plaintiff,            :
                                        :         ORDER
            -v-                         :
                                        :
THE CITY OF NEW YORK et al.,            :
                                        :
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 28, 2025, the Clerk of Court issued a Certificate of Default as to defendant Malcolm Squirewell. The plaintiff requested a default judgment as to defendant Squirewell on February 14, 2025. Accordingly, it is hereby

ORDERED that the plaintiff shall serve this Order and the motion for default judgment papers on defendant Squirewell and shall file proof of such service on or before February 21, 2025.

IT IS FURTHER ORDERED that a default judgment hearing will be held on March 7, 2025 at 11:00 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of defendant Squirewell to appear will result in entry of a default.

Dated:    New York, New York
          February 18, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge