Case 1:24-cv-01818-DLC    Document 85-8    Filed 02/14/25    Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAYRA CARLO as Administrator of the Estate
of TOMAS CARLO CAMACHO,

Plaintiff,

v.

THE CITY OF NEW YORK, CORRECTION
OFFICER MALCOLM SQUIREWELL,
CORRECTION OFFICER GARY GABOTON,
CORRECTION OFFICER ANTHONY
DANTZLER, CORRECTION OFFICER
REINALDO RODRIGUEZ, CAPTAIN KEMAGNE
THEAGENE, and ASSISTANT DEPUTY
WARDEN MICHAEL HAMILTON,

Defendants.

No. 24 Civ. 1818 (DLC) (GS)

**DEFAULT JUDGMENT**

This action having been commenced on March 8, 2024, by the filing of the Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Malcolm Squirewell, pursuant to Fed. R. Civ. P. 4(e)(2) by substituted service on August 8, 2024, and a proof of service having been filed on July 29, 2024, *see* ECF No. 50, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That ~~the Plaintiff shall have judgment~~ *a default is entered* against Defendant Malcolm Squirewell.

*Denise Cote*
3/7/25