```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMAYRA CARLO AS ADMINISTRATOR OF THE   :
ESTATE OF TOMAS CARLO CAMACHO,          :
                                        :    24cv1818 (DLC)
                           Plaintiff,   :
                                        :       ORDER
              -v-                       :
                                        :
THE CITY OF NEW YORK et al.,            :
                                        :
                           Defendants.  :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of March 7, 2025 entered a default against defendant Malcolm Squirewell. Pursuant to a stipulation filed on April 25 and approved by an Order of today, this action has been settled with respect to all other defendants. The plaintiff has not indicated any desire to seek an inquest into damages as to defendant Squirewell. Accordingly, it is hereby

ORDERED that the claims against defendant Squirewell are dismissed with prejudice.

Dated:   New York, New York
         June 6, 2024

                              _____
                                     DENISE COTE
                              United States District Judge